IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRIS ZACHERY, | § | |
| | § | |
| Defendant Below, | § | No. 284, 2017 |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| BREANNE M. JACOBS, | § | File No. CS13-02054 |
| | § | Petition No. 15-22421 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 21, 2018
Decided: March 7, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## <u>ORDER</u>

This 7th day of March 2018, the Court, having considered the record below and the briefs filed by the parties, has determined that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in its March 20, 2017 bench ruling and order and June 12, 2017 Order denying Appellant's Motion to Amend Judgment or for Reargument.[1]

---

[1] It appears from the Family Court's decision in this child custody/visitation case that the child is unaware of her father's existence. Indeed, in its bench ruling, the Family Court recognized that before long the child's mother will need to address this issue. We too encourage her to explain to the child that she has a father who has expressed an interest in her life.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family

Court is AFFIRMED.

BY THE COURT:


/s/ Gary F. Traynor
Justice